## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE LUGO | * |
| 2713 N. Sacramento Avenue | |
| Chicago, IL 60647 | * |
| | |
| Plaintiff | * |
| | |
| vs. | * |
| | |
| UNITED STATES OF AMERICA | * |
| | |
| SERVE ON: | * |
| | |
| Ronald C. Machen, Jr. | *    Case No.: _____ |
| U.S. Attorney for the District of Columbia | |
| Judiciary Center Building | * |
| 555 Fourth Street, NW | |
| Washington, DC 20530 | * |
| | |
| Eric Holder, Jr. | * |
| United States Attorney General | |
| U.S. Department of Justice | * |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530-0001 | * |
| | |
| National Park Service | * |
| 1100 Ohio Drive, SW | |
| Washington, DC 20242 | * |
| | |
| Defendant. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## COMPLAINT

TO THE HONORABLE COURT:

Plaintiff, Renee Lugo by and through her attorneys Kemet & Hunt, LLC and Hughie D. Hunt, Esq., hereby file this Complaint against the Defendants, United States of America, and National Park Service, and for causes states as follows:

## JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §1346(b) and §2671. et seq.

2. Venue for this action is appropriately in this District pursuant to 28 U.S.C. 1402, as the acts of negligence occurred at 21st Street and Constitution Avenue in Washington, D.C.

3. Pursuant to 28 U.S.C. § 2675 (a), the claim set forth herein was presented to the National Park Service on April 12, 2013. The claim was denied on June 26, 2013.

## PARTIES

4. At all times relevant hereto, Plaintiff, Renee Lugo, was an adult resident of the State of Illinois.

5. At all times relevant hereto Defendant, National Park Service was an agency of the United States of America (hereinafter "U.S. Government").

6. That on April 27, 2012, Plaintiff, Renee Lugo, was visiting the Vietnam Memorial. Plaintiff was walking near 21st and Constitution Avenue in Washington, D.C., when her left foot fell into a hole and then she fell onto both of her hands.

7. Plaintiff was seen immediately at the Georgetown University Hospital Emergency Room, and was diagnosed with a fractured left ankle and a broken left elbow.

8. There was no contributory negligence on the part of the Plaintiff.

9. The National Park Service failed to maintain the walkways and paths at or near the Vietnam Memorial in a safe and workman like condition causing injury to the Plaintiff.

## COUNT I.
## (NEGLIGENCE)

10. The substance of the foregoing factual allegations are hereby re-alleged and incorporated by reference herein, and further;

11. Plaintiff's injuries were the direct and proximate result of Defendant's negligence. The Plaintiff has suffered, and will continue to suffer from her injuries including extreme pain and suffering, pecuniary loss, and emotional distress.

12. The negligence of the U.S. Government acting through its employees, ostensible agents, and/or servants, including the National Park Service, directly and proximately caused the Plaintiff to suffer serious injuries, pain and suffering, pecuniary loss and emotional distress.

WHEREFORE, Plaintiff, Renee Lugo demands judgment against Defendants, in the amount Two Hundred Thousand Dollars ($200,000.00), plus all costs and post-judgment interest at the legal rate, per annum from the date of judgment.

Respectfully submitted,

**KEMET & HUNT, LLC**

Hughie D. Hunt, Esq.
DC Bar #486347
4920 Niagara Road, Suite 206
College Park, MD 20740
Attorney for Plaintiff
(301) 982-0888